IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEXTER JOHNSON**                                                                              **PETITIONER**

**V.**                                                                   **NO. 4:17-CV-117-DMB-JMV**

**WARDEN TIMOTHY OUTLAW, et al.**                                         **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Order entered this day, Dexter Johnson's petition for a writ of habeas corpus [1] is **DENIED**. A certificate of appealability is **DENIED**.

**SO ORDERED**, this 30th day of November, 2020.

                                                    **/s/Debra M. Brown**
                                                    **UNITED STATES DISTRICT JUDGE**